UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

═══════════════════════════════

UNITED STATES OF AMERICA,

          v.                              PRETRIAL ORDER
                                         12-CR-157A

ALEJANDRO NAVARRO-GONZALEZ,
                               Defendant.

═══════════════════════════════

        Jury selection for trial of this matter is scheduled for Tuesday,

June 11, 2013, at 9:30 A.M.    Accordingly, a final pretrial conference is

scheduled in this matter for Thursday, June 6, 2013,  at 2:00 P.M.   On or before

May 31, 2013,  counsel for the government and the defendant are to provide the

Court with two sets of the required submissions listed below.  One set of the

required submissions should be filed electronically with the Clerk's Office and the

other should be brought directly to the Court's chambers.  Each submission

should be filed under separate cover.

        1.  <u>JURY INSTRUCTIONS</u>:  The government and the defendant

must supply copies of their requested charges on the substantive issues.  (Each

party should also include a computer disk containing the charge with the set of

submissions sent to chambers.)  Each charge is to be on a separate sheet of

paper, in standard form, and contain citations to the authority for the charge.  The

1

proposed charges shall be taken from L. Sand, et al., <u>Modern Federal Jury</u>

<u>Instructions</u> (1998), unless a suitable charge is not included in Sand.  In that

case,  the parties may submit an alternative charge, as long as it is supported by

legal authority.  The charges are to be presented in a logical sequence, and this

submission should include an index to the charges.

The Court will use these charges to help formulate its own charge.  If

counsel fails to submit a charge, that charge will not be considered by the Court.

2. <u>PRETRIAL BRIEFS OR OTHER MEMORANDA</u>:  The

government shall submit a memorandum of law outlining the facts and legal

arguments to be made.  The defendant may also file a memorandum either in

response to the government's submission or concerning his own issues.  The

memorandum shall include any issues that the Court should consider in order to

expedite the trial, as well as any unusual or recurring issues, such as evidentiary

issues, that may arise at trial.  Any party wishing to make a motion <u>in limine</u>

should include such a motion, along with legal authority, as part of this

submission.

3. <u>EXHIBITS</u>:  Each party shall submit a list of exhibits it anticipates

using at trial.  The exhibits must be **pre-marked by number only** and any

sub-exhibits should be pre-marked alphabetically.

The parties shall use the Court's form, copy of which is attached, in

preparing the exhibit list.  Failure to list an exhibit may result in preclusion of that

exhibit at trial.  Common exhibits should be included only on the government's exhibit list unless otherwise ordered by the Court.

Two copies of each documentary exhibit shall be provided to the Court at the pretrial conference.  Each set of copies shall be "tabbed" for reference and bound in a three-ring binder or in a similar fashion.

4.  <u>VOIR DIRE</u>:  Each party may submit up to ten proposed voir dire questions relating to any questions of law or fact that will be relevant to issues to be tried.  Additional questions will be considered only upon a showing of good cause.  The Court will conduct the voir dire.

5.  <u>WITNESS LIST</u>:  Each party must submit the names and addresses (identifying town and state only) of all prospective witnesses and a brief summary of their anticipated testimony, including **<u>anticipated date and length of testimony (in hours/minutes)</u>**.  The list must include rebuttal witnesses, but their anticipated testimony need not be summarized.  Failure to meet these requirements with respect to any witness may result in preclusion of testimony by that witness.

6.  <u>EXPERT TESTIMONY</u>:  The identity, addresses (identifying town and state only), and a brief summary of the qualifications and testimony of all expert witnesses are to be supplied.  Counsel may enter into a written stipulation prior to the pretrial conference setting forth the qualifications of each expert

witness.  Failure to include an expert witness on the expert witness list may result in preclusion of testimony by that witness.

       7.  <u>SUMMARY OF CHARGES</u>:  Each party shall submit proposed summaries of the charges in the Indictment.  These summaries may be used by the Court in lieu of reading the entire Indictment during jury selection and in the preliminary instructions to the jury.

      SO ORDERED.

                       *s/ Richard J. Arcara*
                       HONORABLE RICHARD J. ARCARA
                       UNITED STATES DISTRICT JUDGE

DATED: May 17, 2013

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK

## EXHIBIT LIST

Case No. _____          _____ Government
Date:      _____          _____ Defendant

| Ex.# | Description | Date Marked for Ident. | Date In Evidence |
|------|-------------|------------------------|------------------|
|      |             |                        |                  |
|      |             |                        |                  |
|      |             |                        |                  |
|      |             |                        |                  |
|      |             |                        |                  |
|      |             |                        |                  |
|      |             |                        |                  |
|      |             |                        |                  |
|      |             |                        |                  |
|      |             |                        |                  |
|      |             |                        |                  |
|      |             |                        |                  |
|      |             |                        |                  |
|      |             |                        |                  |
|      |             |                        |                  |
|      |             |                        |                  |
|      |             |                        |                  |
|      |             |                        |                  |
|      |             |                        |                  |
|      |             |                        |                  |